TRINA A. HIGGINS, United States Attorney (7349)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265

FILED US District Court-UT
SEP 28 '22 PM02:20

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute ( >500 grams); |
| vs. | |
| ADRIAN JOSEPH ALVARADO, | COUNT II: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute; |
| Defendant. | |
| | COUNT III: 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute. |
| | Case: 4:22-cr-00103<br>Assigned To : Nuffer, David<br>Assign. Date : 9/28/2022 |

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about August 29, 2022, in the District of Utah,

**ADRIAN JOSEPH ALVARADO,**

defendant herein, did knowingly and intentionally possess with intent to distribute five

hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT II
21 U.S.C. § 841(a)(1)
(Possession of Cocaine with Intent to Distribute)

On or about August 29, 2022, in the District of Utah,

**ADRIAN JOSEPH ALVARADO**,

defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT III
21 U.S.C. § 841(a)(1)
(Possession of Marijuana with Intent to Distribute)

On or about August 29, 2022, in the District of Utah,

**ADRIAN JOSEPH ALVARADO**,

defendant herein, did knowingly and intentionally possess with intent to distribute Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in

//
//
//
//

violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
ANGELA M. REDDISH-DAY
Assistant United States Attorney