FILED
2022 SEP 29 PM 1:59
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN JOSEPH ALVARADO,<br><br>Defendant. | Case No. 4:22-cr-00103-CW-PK<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH OR ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF THE FEDERAL OR STATE GOVERNMENT, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY DEFENDANT MAY BE HELD:

The Court orders that you bring defendant, ADRIAN JOSEPH ALVARADO, now being confined in the Washington County Jail, to the United States District Court for the District of Utah before Magistrate Judge Paul Kohler, on October 3, 2022, to appear upon charges pending in the above-entitled case and for final disposition at a later date. The Court further orders that you hold defendant at all times in your custody as an agent of the United States of America and, after the conclusion of the proceedings and final

1

disposition of the above-entitled case, you return defendant to the institution where defendant was confined and make a return upon this Writ.

Dated this  29  day of September, 2022.

_____
PAUL KOHLER
United States Magistrate Judge