Frank A. Berardi #6833
Attorney for Defendant
3378 South 275 East
Salt Lake City, Utah 84115
(801) 466-1266

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>)<br>) | **MOTION TO SUPPRESS AND NOTIFICATION OF ORAL TESTIMONY** |
| vs. | )<br>) | CASE NO. 4:22-CR-00103-CW-PK |
| ADRIAN ALVARADO<br>Defendant | )<br>)<br>) | JUDGE: CLARK WADDOUPS |

Defendant, Adrian Alvarado, by and through his attorney, Frank A. Berardi Esq, moves this Court to suppress all fruits of the illegal detention, arrest and interrogation of Mr. Adrian Alvarado, on or about August 30, 2022.

## STANDING

Mr. Alvarado has standing to seek suppression of all the fruits of his own illegal detention and arrest. See, e.g., Elycio-Montoya, 70 F.3d 1158, 1164 (10th Cir 1995) (passenger in car who did not own it and did not have direct standing to challenge search of car still had indirect standing to challenge his own unlawful detention and to seek suppression of all fruits thereof). Defendants had standing to challenge constitutional voluntariness of third parties' statements because if the third parties were coerced into making false statements , the admission of those statements in the defendant's trials would implicate the defendants' due process rights.

## EVIDENCE TO BE SUPPRESSED

The evidence Mr. Alvarado seeks to suppress includes any statements made by Mr. Alvarado, and all physical evidence seized as a result of the warrantless search and unlawful detention of Mr. Alvarado.

## ISSUES TO BE ADDRESSED

The issues to be addressed at the hearing include: the legality of the inception and scope of the traffic stop of Mr. Alvarado, the legality of the detention and/or arrest of Mr. Alvarado, the constitutionality of the interrogations of Mr. Alvarado, and the applicability of the exclusionary rule.

## WITNESSES TO BE CALLED

Because the government bears the burden of proof on all issues raised in this motion to suppress, counsel for Alvarado cannot identify all of the witnesses who will testify or the length of their testimony. The defense would request that at least these individuals appear at the hearing: DEA Special Agent Marcus Jensen, HIS TFO Agent Jed Hirchsi, Officer Nolan Tanner, and Washington County Deputy Sheriff Montgomery. Should the government have any trouble subpoenaing any of these individuals, please inform my office as soon as possible. In the event that it is necessary to do so, the defense will call Mr. Alvarado. It is anticipated that his testimony will take one hour to present.

Mr. Alvarado requests an evidentiary hearing, and an opportunity to fully brief the Court on all suppression issues following transcription of the hearing.

Respectfully submitted on July 21th 2023.

/S/ Frank A. Berardi  
Frank A. Berardi Esq.  
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that:

[ ] I faxed a true and correct copy of the foregoing to the U.S. Attorney's Office at: (801) 524-6924.

[X] I mailed or electronically transferred a true and correct copy of the foregoing, by placing first class postage prepaid with the United States Postal Services, this 21th day of July, 2023, to: Office of the United States Attorney, 20 North Main Street, Suite 208 St. George, Utah 84770.

[ ] I hand delivered a true and correct copy of the foregoing, placing said copy into the hands of _____, this _____ day of _____, 2023.

The Following Documents were delivered:

**MOTION TO SUPPRESS AND NOTIFICATION OF ORAL TESTIMONY**

/S/ Frank A. Berardi
Frank A. Berardi