TRINA A. HIGGINS, United States Attorney (#7349)
ANGELA MARIE REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
(435) 634-4270

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 4:22-cr-00103 |
|---|---|
| Plaintiff, | SIXTH NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| vs. | |
| ADRIAN JOSEPH ALVARDO, | |
| Defendant. | Judge David Nuffer |

The United States of America, by and through the undersigned, hereby files its notice of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Numbers |
|---|---|
| Uploaded to USAfx | See attached discovery index |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation.

The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c. A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 18th day of January, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Angela Marie Reddish-Day*
ANGELA MARIE REDDISH-DAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of January, 2024, the Sixth CERTFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY (New attorney hired) was filed electronically to the District Court, and caused to be made available for download from USAfx, to the following:

- Paul D. Riddle, Federal Public Defender

/s/ <i>Theresa Fano</i><br>
Theresa Fano<br>
Paralegal Specialist

# U.S. v ADRIAN JOSEPH ALVARADO, 22-CR-103
# DISCOVERY INDEX

| CATEGORY | FOLDER NAME | SUB-FOLDER | DESCRIPTION | BATES BEGIN | BATES END | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| INVESTIGATIVE REPORTS | REPORTS | | Washington City Police Department Report - Officer Nolan Tanner | RPT-WCPD-00001 | RPT-WCPD-00001.17 | | 1 |
| | REPORTS | | Washington County Drug Task Force Report - Det. Jesse Sanchez | RPT-WCDTF-00001 | RPT-WCDTF-00001.02 | | 1 |
| | REPORTS | | Supplemental Report - Agent Marcus Jensen | RPT-DEA-00001 | RPT-DEA-00001.02 | | 1 |
| | REPORTS | | Homeland Security Investigations Report - Agent Jed Hirschi | RPT-HSI-00001 | RPT-HSI-00001.03 | | 1 |
| MEDIA | BODY & DASH CAMS | | Dash Cam Video of Officer Nolan Tanner *(mailed USPS 10/14/2022)* | DC-WCPD-00001 | DC-WCPD-00001 | | 1 |
| | BODY & DASH CAMS | | Body Cam Video of Officer Nolan Tanner | BC-WCPD-00001 | BC-WCPD-00001 | | 1 |
| | BODY & DASH CAMS | | Audit Log for Body Cam | BC-WCPD-00002 | BC-WCPD-00002.02 | | 1 |
| | BODY & DASH CAMS | | Spreadsheet | BC-WCPD-00003 | BC-WCPD-00003 | | 1 |
| BACKGROUND | BACKGROUND | | NCIC III - Criminal History for Alvarado | BG-AJA-00001 | BG-AJA-00001 | | 1 |
| | BACKGROUND | | Utah Criminal History for Alvarado | BG-AJA-00002 | BG-AJA-00002.28 | | 1 |
| | | | *New attorney hired. Frank Berardi. Provided Discovery via USAfx.* | | | | 2 |
| INVESTIGATIVE REPORTS | REPORTS | | Forensic Analysis Report - Controlled Substance Analysis | RPT-UBFS-00001 | RPT-UBFS-00001.02 | | 3 |
| MEDIA | BODY & DASH CAMS | | Body Cam Video of Deputy Dan Montgomery | BC-WCSO-00001 | BC-WCSO-00001 | | 3 |
| | BODY & DASH CAMS | | Audit Log for Body Cam (Montgomery) | BC-WCSO-00002 | BC-WCSO-00002 | | 3 |
| INVESTIGATIVE REPORTS | REPORTS | | Synopsis of Deputy D. Montgomery | RPT-WCPD-00002 | RPT-WCPD-00002 | | 4 |
| | REPORTS | | Affidavit of Probable Cause - Officer Nolan Tanner | RPT-WCPD-00003 | RPT-WCPD-00003.03 | | 4 |
| | REPORTS | | Search Warrant 2499151 & Affidavit | RPT-WCPD-000004 | RPT-WCPD-00004.06 | | 4 |
| | REPORTS | | Contact Report - Detective B. Gibson | RPT-WCDTF-00002 | RPT-WCDTF-00002.02 | | 4 |
| | REPORTS | | Supplemental Report - Detective J. Gray | RPT-WCDTF-00003 | RPT-WCDTF-00003 | | 4 |
| | REPORTS | | Email from N. Hirschi regarding phone dump | RPT-HSI-00002 | RPT-HSI-00002 | | 4 |
| MEDIA | PHOTO | | Photo of evidence | PH-00001 | PH-00001 | | 4 |
| | PHONE RECORD | | Phone Record of Adrian Alvarado | PR-00001 | PR-00001 | | 4 |
| | | | *All contents of NOC 1 - NOC 4 were also mailed to defense attorney Frank Berardi on 08.23.23* | | | | 4 |
| | | | *All discovery including NOCS 1 - 4 provided to new attorny Ryan Stout via USAfx on 11.15.23* | | | | 5 |
| | | | *All discovery including NOCS 1 - 4 provided to new attorny Paul Riddle via USAfx on 01.18.24* | | | | 6 |