TRINA A. HIGGINS, United States Attorney (#7349)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ADRIAN JOSEPH ALVARADO,<br><br>　　　　　　　　　　Defendant. | Case No. 4:22-cr-00103-AMA-PK<br><br>MOTION FOR LEAVE TO DISMISS INDICTMENT<br><br>District Judge Ann Marie McIff Allen |

　　　　The United States of America, through the undersigned Assistant United States Attorney, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves for leave to file a dismissal of the Indictment with prejudice in the above-captioned case. This Motion is made in the interests of justice based in part on the United States learning of the erroneous destruction of evidence seized by law enforcement in this case prior to final adjudication.

Defendant is currently incarcerated at the Washington County Jail. The United States moves for Defendant's immediate release.

SIGNED this 13th day of August, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Angela M. Reddish-Day*

_____
ANGELA M. REDDISH-DAY
Assistant United States Attorney