TRINA A. HIGGINS, United States Attorney (#7349)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah  84770
Telephone:  (435) 634-4265

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:22-cr-00103-AMA-PK |
| Plaintiff, | |
| v. | DISMISSAL OF INDICTMENT |
| ADRIAN JOSEPH ALVARADO, | District Judge Ann Marie McIff Allen |
| Defendant. | |

---

Based upon the Order Granting Leave to Dismiss Indictment, filed by United

States District Judge Ann Marie McIff Allen on August 13, 2024, the United States

//

//

//

//

//

hereby dismisses the above-referenced Indictment, with prejudice.

SIGNED this 13th day of August, 2024.


TRINA A. HIGGINS
United States Attorney

*/s/ Angela M. Reddish-Day*

_____

ANGELA M. REDDISH-DAY
Assistant United States Attorney